IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **LUPE OVALLES, et al.** | § § | |
| v. | § § | **CASE NO. 9:13-cv-301** |
| **STATE OF TEXAS, et al.** | § § | |

| | | |
|---|---|---|
| **RICKIE SIMS** | § § | |
| v. | § § | **CASE NO. 9:14-cv-13** |
| **LIBERTY MUTUAL INSURANCE CO.** | § § | |

| | | |
|---|---|---|
| **JARROD JAY REED** | § § | |
| v. | § § | **CASE NO. 9:15-cv-49** |
| **VIBRATION MONITORING SERVICES LLC** | § § § | |

| | | |
|---|---|---|
| **BRIAN SMITH, et al.** | § § | |
| v. | § § | **CASE NO. 9:15-cv-61** |
| **JPMORGAN CHASE BANK NA, et al.** | § § | |

| | | |
|---|---|---|
| **A AMERICAN HOME CARE AND COMMUNITY SERVICES, L.L.C.** | § § § | |
| v. | § § | **CASE NO. 9:15-cv-69** |
| **SYLVIA MATHEWS BURWELL, et al.** | § § | |

1

| | | |
|---|---|---|
| **CHARLES GRIMES** | § § | |
| v. | § § | **CASE NO. 9:15-cv-74** |
| **COMPANION PROPERTY AND CASUALTY INSURANCE CO.** | § § § | |

| | | |
|---|---|---|
| **MICHAEL MATHEWS, et al.** | § § | |
| v. | § § | **CASE NO. 9:15-cv-96** |
| **JEREMY B. BAKER, et al.** | § § | |

| | | |
|---|---|---|
| **LISA PARKER, et al.** | § § | |
| v. | § § | **CASE NO. 9:15-cv-121** |
| **PACCAR, INC.** | § § | |

| | | |
|---|---|---|
| **JAMA MOHAMUD** | § § | |
| v. | § § | **CASE NO. 9:15-cv-134** |
| **BENITO CABALLERO-SANCHEZ, et al.** | § § | |

| | | |
|---|---|---|
| **WALLACE CLIFTON** | § § | |
| v. | § § | **CASE NO. 9:15-cv-144** |
| **CHRISTOPHER WHEELER., et al.** | § § | |

| | | |
|---|---|---|
| **JOSEPH HOWARD, et al.** | § § | |
| v. | § § | **CASE NO. 9:15-cv-162** |
| **FOREST RIVER, INC., et al.** | § § | |

| | | |
|---|---|---|
| **KEVIN ALSBROOKS** | § § | |
| v. | § § | **CASE NO. 9:15-cv-170** |
| **PETROLEOS MEXICANOS, et al.** | § | |

| | | |
|---|---|---|
| **ELIZABETH GOMEZ** | § § | |
| v. | § § | **CASE NO. 9:16-cv-1** |
| **MALLARD ENTERPRISES, LLC, et al.** | § | |

| | | |
|---|---|---|
| **DONICE WILBURN** | § § | |
| v. | § § | **CASE NO. 9:16-cv-25** |
| **EATON CORPORATION** | § | |

| | | |
|---|---|---|
| **FRANK ROBERTS** | § § | |
| v. | § § | **CASE NO. 9:16-cv-36** |
| **SUBURBAN PROPANE LP** | § | |

| | | |
|---|---|---|
| **MFC COMMODITIES GmbH** | § § | |
| v. | § § | **CASE NO. 9:16-cv-46** |
| **TEXAS PELLETS, INC.** | § | |

| | | |
|---|---|---|
| **CECIL EUGENE MAY** | § § | |
| v. | § § | **CASE NO. 9:16-cv-48** |
| **GEORGIA-PACIFIC PANEL PRODUCTS, LLC** | § § § | |

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court hereby refers the above styled causes of action to United States Magistrate Judge Keith F. Giblin for all pretrial proceedings.

For the Court's use, the dockets in these cases will be annotated to reflect the case flags of the respective law clerks and that the cases have been manually referred.

Dates already set for Scheduling or Pre-Trial Conferences will be followed for hearing before the Magistrate Judge unless the Magistrate Judge determines that a date or time should be amended or continued and issues an order accordingly. The Magistrate Judge may conform an existing Scheduling Order into the Magistrate Judge's own form of Docket Control Order.

It is **SO ORDERED**.

**SIGNED this 13th day of April, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE